UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   SANDRA WILLIAMS

CASE NO. 05 B 16394

CHAPTER 13

JUDGE: BRUCE W BLACK

   Debtor  
SSN XXX-XX-6210

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/26/05 and confirmed on 07/01/05.

2. The case was converted to Chapter 7 after confirmation, 12/18/2008.

3. The Debtor paid a total of $ 12721.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 4250.00 | 331.38 | 4250.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4349.82 | .00 | 511.07 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 2423.48 | .00 | 284.73 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4690.97 | .00 | 551.15 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8830.35 | .00 | 1037.50 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1989.38 | .00 | 233.73 |
| DISCOVER BANK | UNSECURED | 7658.49 | .00 | 899.82 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1958.48 | .00 | 230.10 |
| MARSHALL FIELD | UNSECURED | 4647.28 | .00 | 546.01 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2498.87 | .00 | 293.59 |
| ROUNDUP FUNDING LLC | UNSECURED | 1273.48 | .00 | 149.61 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1135.90 | .00 | 133.46 |
| AFNI/VERIZON | UNSECURED | 327.00 | .00 | 38.43 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4250.00 | .00 | 41783.50 | .00 | 46033.50 |
| PRINCIPAL PAID | 4250.00 | .00 | 4909.20 | .00 | 9159.20 |
| INTEREST PAID | 331.38 | .00 | .00 | .00 | 331.38 |
| TOTAL PAID | 4581.38 | .00 | 4909.20 | .00 | 9490.58 |

The Debtor's attorney, GREENBERG & ASSOC             , was allowed $  2700.00 and was paid $   1.00  direct and $   2699.00  through the plan.

The Trustee received $    531.42 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                                /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE